**FILED**
JAMES J. VILT, JR. - CLERK

MAR 06 2026

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

UNITED STATES OF AMERICA

v.                                                        No. 3:23-cr-100-BJB

QUINNTON DAWSON

\* \* \* \* \*

### JURY INSTRUCTIONS

### PHASE 2

Members of the jury, the verdict you just entered remains in place, but there is an additional question you must consider.

My previous instructions explaining your duties continue to apply: the general rules that apply in federal criminal cases, the instructions for evaluating testimonial evidence, and the rules you must follow during deliberations.

**Count 9: Commission of a Felony Against a Child by a Person Required to Register as a Sex Offender**

Count 9 of the superseding indictment accuses the Defendant of committing a felony against a minor while required to register as a sex offender. In order to find the Defendant guilty of this offense, you must find these elements beyond a reasonable doubt:

1. That when the Defendant committed sexual exploitation of a minor, as charged in Counts 1, 2, or 3 of the superseding indictment, he was required to register as a sex offender under the laws of the Commonwealth of Kentucky; and

2. That the Defendant, following his requirement to register, committed a felony offense, specifically sexual exploitation of a minor, as charged in Counts 1–3.

The second element is satisfied by your previous return of a conviction on Counts 1, 2, or 3.

If you are convinced that the Government has proved each of these elements beyond a reasonable doubt, say so by returning a guilty verdict. If you have a

reasonable doubt about any one of these elements, then you must find the Defendant not guilty of this charge.

You may now go deliberate. You must do so consistent with my prior instructions, which you will still have. You'll receive a new verdict form. If you decide that the Government has proved beyond a reasonable doubt that the Defendant is guilty, then your foreperson should mark the appropriate place on the verdict form. If you decide that the Government has not carried its burden, then your foreperson should mark "No" on the form. Your foreperson should then sign and date the form in the space indicated and tell the Security Officer that you have a verdict.